CLERK, U.S. DISTRICT COURT - DNJ
M        AT 8:30

JUN 0 2 2025

RECEIVED

# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

**COMPLAINT**

Desmond Alex Albright
_____
(Enter above the full name of the plaintiff in this action)

Civil Action No. _____
(To be supplied by the Clerk of the Court)

Blue Origin
Jeff Bezo
National Aeronautical Space Administration
_____
(Enter the full name of the defendant of defendants in this action)

---

## INSTRUCTIONS READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $405.00 (a filing fee of $350.00, and an administrative fee of $55.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6. If you cannot prepay the $405.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.      If you are given permission to proceed in forma pauperis, the $55.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

    \_\_\_    42 U.S.C. §1983 (applies to state prisoners)

    \_\_\_    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as follows:

    ✓ Pretrial detainee

    \_\_\_Civilly committed detainee

    \_\_\_ Immigration detainee

    \_\_\_ Convicted and sentenced state prisoner

    \_\_\_ Convicted and sentenced federal prisoner.

    \_\_\_ Other: (please explain) _____

2.     Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted,

will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.  Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s): _____

_____

b.  Court and docket number: _____

c.  Grounds for dismissal:      ___ frivolous  ___ malicious

___ failure to state a claim upon which relief may be granted

d.  Approximate date of filing lawsuit:_____

e.  Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.  Place of Present Confinement? Hudson County Correctional Facility

4.  Parties:

(In item (a) below, place your name in the first blank and place your      present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.  Name of plaintiff: Desmond Alex Albright
    Address: 35 Hackensack Ave, Kearny, NJ 07032
    Inmate#: 396543

b.  First defendant:
    Name: Jeff Bezo
    Official position Owner of aeronautical company - Blue Origin
    Place of employment: 21218 76th St, Kent, W.A. 98032

    How is this person involved in the case?

3) Blue Origin - Aeronautical Space Company.
   < 21218 78th St, Kent, W.A. 98032.
   After failing to reply to request for meeting, order conference, or mediation, also well as after being notified of the wrongdoing being committed, under the supervision, and being the sole purpose of Aeronautical Achievement. Defendant proceeded to allow, and continue allowance of the mis-use, illicit, illegitimate, unauthorized, action, maneuver, and administration of a patent laws protected, idea, process, and act, owned by the plaintiff Mr. Desmond Albright. The process specifically is one called and known as "LeavEarth". Failure to abbide, cease and desist memorandums, failure to pay adhered fee of use of process, and failure to reply to copius amount of request for meet, mediation, and conference led to multiple violations.

4) Dave Limp - <C.E.O of Aeronautical Company Blue Origin>
   < 21218 76" St, Kent, W.A. 98032.
   After failing to rely to request for meeting, conference, or mediation, as well as consultation, also as well as being notified or wrongdoing being committed, under the guidence, leadership, direction, etc, and with purpose of duty of an aeronautical company, Defendant proceeded to allow, use, and continue allowance of the mis-use,

illicit, illegitimate, defraudulent, dis credited, unauthorized use of a patent law protected action, act, deed, manuever, and administration there of; specifically an intellectual property act of, action, and deed owned by the plantiff Mr. Desmond Albright. The process specifically being one name "LeauEarth". Failure to adbide cease and desist menorandum, failure to pay adhered fee of use of process, failure to reply to request for payment and meeting, led to, and is currently leading to multiple violations.

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?

*this defendant administratively authorized, and facilitated the illegal, fraudulent use of a patent law protected, copyright reserved process.*

c.    Second defendant:

Name: *National Aeronautical Space Administration*

Official position: *Aeronautical Administration Authoritive.*

Place of employment: _____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

*The defendants as well, proceeded to administratively authorizes the use of a patent law protected, copyright reserved act, and process, illegal, fraudulently, unauthoritively, discrediting the creator, process owner, as well as avoiding fee of usage*

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.    I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

   ✓ Yes      ___ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

*I sent a letter, in a private manner, requesting conference or mediation to facilitate authorization, as well as the receivement of the fee of useage of said process, after being ignored, bypassed, overlooked, I sent a cease and desist order to recommend the stopage of process use, until payment for useage was made.*

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

6.    Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Also include the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes.    If you intend to allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

Breach of patent laws. - On, the day of April 14th, 2025, at 8:33 local time (c.s.t) at the west texas space launch site, the defendants committed the offense(s) specifically by unauthoritively utilizing a process/patented process known as "LeavEarth", to transport, and facilitate an plantery orbital to gain from menetarithly. The process was used, and duplicated without consent, adhered payment of fee of use; each requirement for approved use went, ignored, overlooked, bypassed, side-stepped, neglected, etc.

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

would ask the court, and authoritive magistrate to grant, and give as judged, on the basis of facts, and merit, the monetary compensation relief of the required fee for use of said patented process, the monetary amount of fifty Million dollars.; as it is the standard fee of use of said process the defendants are in violation of using without consent, payment, or agreement to do so.

Breach of Patent laws - As of the purpose of material, and due to patent laws, regulations, and sub-text, with invention date, priority patent law due to ownership, conveyances, equitable assignment, License conveyyances royaltres Hw1, under federal law whether self-referia   - also known as self-copyrighted or self-patented or registered. The decletory Judgement act does not require a licence, registration, sdey to stop paying royaltres, amounts owed, or adhere payments of use. Patent law states it is clearly required to pay adherence of use of patent, subdued to the type whether its' used, licence registered patent or onto self-refer or not.

Material Breach - As of the pending patent registery, due to the self-refer   copy of the patent, protected by and under patent laws,, states, and subjects' defendents to the payment of an adhered fee, for use of patent or copyright, Fasluve to do so, results, and is now resulting in, breach of patent law, patent ~~onfrontment~~, infringement, and all around illegal, defraudulent deuplication, replication, use, and obscaundering of payment of fee for useage of said material.   The defendants, due to Mr. Albrights self-referama patent copy or the

~~said~~ federal amenity of the patent, trademark office registery reference system, have breach the rules, and regulations of said laws, by dishonestly, knowingly, or unknowingly using the process known as "LeavEarth". Before and After receiving notifications of process owner proprietorship. ✓

) Falsified Administration of process (ion) - On the date in question, The defendants and parties involved were directly in violation of The Copyright Act. "  On the day of the matter defendants proceeded to use, utilized, ~~manipab~~ administer, executively execute, manage, etc, an act and process patented by Mr. Desmond A. Albright. The process specifically is the one called and known as. "LeavEarth". "LeavEarth" - is the idea, act, and process of taking a aeronautical vehicle, vestibule, dettachable compartment, satelite, planetary defense system, device. puss or, and or through the stratosphere of a gaseous envelope of a celestial body; known as a planet. (i.e. earth). The violation was able to be corrected, as with a reply to an Abundance of correspondant request by Mr. Desmond Alex. Albright. Failure to reply to request for conference, mediation, meeting, has result in the violation of such action.    At the point

of Mission Creation, mission discussion, systematic production, vehicle assembly, point of location specific discussed aeronautical achievements, inquiries, successes, and or failures, etc, there were an a copius amounts of opportunities to reply to such request by the Plantiff, but copius amounts of opportunities to authenticate, to check the ~~credibility~~ availibility, and ability to conduct the process, and utilize the patented process within legal, rightfull, justified authoritive use. Upon multiple avenues to inquire the procedural permission to use, duplicate, manipulate, replicate, benefit from, even secure information based on the use, or be made aware of the hazardous enviroment precaution, all went ignored, neglected, side-stepped, overlooked, and bypassed, as well as after the cease and desist dictation will received, the continued use of the process results again in falsified Adminstration of process.

As the whole ) Authoritive Administration Malfeasance - Due to the occupational positions, possesed, attain, granted, earned, gained, procured, acquired, earned, etc, there is a level of professional duty, informative inquirement, and integrity that is to be upheld. Specifically as each defendant being a administrative authoritive, overseer, ~~candidate~~ supervisor, boss, etc, with the definition of Malfeasance-being; being in dishonest

activity, wrong doing or Misconduct. Upon each administrative authoritiven also know as; the Defendants, net aquiring informatory details regaureling their tasks, adherence to the cease and desist notification, the neglect to reply for request for conference or mediation by the specific process owner, not only did all of these things result in misconduct, but to ignore, and neglett, or even overlook these actions, and things resulted in, and is defined as Administrative Malfeasance. futhermore, to not inquire by means of state, or federal, Trademark, servremark, patent and copyright office information Request, or to use the process against the law(s) of patent speelfically; again is defined as mis-conduct on authoritive positions behalf which is defined as Administrative Malfeasance.

) Fraudulent Process Authentication — The difinstion of Authenticate -is - to prove something is genuine; made as an original; not false or imitation. As an authoritive is the subject or genve required for the use of said process; Process being specifically are protected by patent laws known as "Leav Earth". "LeavEarth" -is specifically the act, and process of taking an aeronautical vehicle, dettachable compartment, sutelite, planetary defense mechanism, device(s), pass or, and, through the stratosphere of a gaseous envelope of a celestial body known as a planet (ie. earth). Being a

generator, authoritive, specialist, etc in the area of pursuant, sense, expertize, administration, and all around subjectives. It is the duty of each defendant to inquire, obtain, facilitate informative specifics, details, about each part, section in detail of a subject and course of action. One of the details missed was the specifics to, and the authenticated use of said process, as well, as the authenticity of the process its self. To reply to, request, or invite meeting, conference, consultation, about the use of the process, payment of fee for the use, and availbity to do so. All went illadvised, ignored, and neglected, as well as over looked. These specific informative notifications, request, reprimandums, are not only key pieces of information due to the level or superviserial authority, and administration authority of the defendendant(s), but are and were required to rightfully, legally, logistically, complete the task, uphold comglamerate esteem regard, abbide the occupatorial mandate and responsibility it takes to come said task, and use said precess, as well as make sure each act, step, option, forseen problem, procedure, inacted, taken, planned or even considered did not violate lahs, acts, stautes of authentic states; proceduus, etc upon completion. Those mishaps, as well as failure to contact, or reply to request for meeting, consultation, or conference by Mr.

Desmond A. Albright, the plaintiff, as well as failure to adible, or take notice of request for payment, ~~concobes decodes~~ and cease and desist notifacation, and or failure to acquire state or federal copyright, trademark, patent information regarding step(s), act, process, precedure(s) for ownership, and authenticity available, or even if permission could be granted through monetary agreement ALL resulted in, and is defined as Fraudulent Process Authentication.

) MisUse of Protected Information - Due to the substantial factor that under code, and law, once a work is considered patant or copyright genre eligible, it is given rights, laws, a list of rules, and a code of conduct. Use of Information without permission, authorization, or payment, results directly in misuse of protected information.

) Fraudulent Aeronautical Maneuver Deed -
On the day in question, the defendants and partes involved, proceeded to use, utilize, gain from, inappropriately apply, unauthoritively set in motion, deceitfully administer the act, action, process, defined manuever that is patent law protected, copy-right reserved, and owned by the Plaintiff, Mr Desmond A. Albright. The action, manuever, process specifically being one called "LeavEarth". "LeavEarth" - IS

Specifically the act, process of taking an aeronautical vehicle, vestibule, dettachable compartment, planetary defense mechanism, device(s) pass or, and through the stratosphere of an ~~gaseous~~ gaseous enevelope of a celestial body known as a planet. <ie, earth> On the day in question The act, manuever, process, was; used, manipulated utilized, ~~also~~ illegally replicated, objectified, duplicated, embellished, dishonestly copied, ~~televized~~, and ~~benefitted~~ benefitted from monetarially. These actions alone were conducted, committed, and set in motion with a great deal of disregard, malice, it was done spuriously non-genuine, unauthorized, unpaid for, etc. The act was fraudulent epitome due to the neglect to reply to the request by Mr. Desmond Albright; process owes; for meeting, consultation, conference, and mediation. The process was used And committed with other fraudulent facisimle discourse. On the day in question, the act of traveling, the distance of 30 miles, the distance of the subjected ~~above~~ atmospheric region defined and, gaseous containment level defined as the stratosphere, was illicitally imitated, inacted, and utilized, which resulted in complete misuse of the patanted, copyright protected aeronautical deed, or course of action, which is defined, and resulted outcome of Fraudulent use a patented Aeronautical manuever deed.

) Deceitful inactment of patented process(ion) specifics- On

the day in question, the act, motion, maneuver, action, initiative, activity etc. of traveling, treking, expedition of (50 km) also known as 30 miles the distance, starting at the end of the gaseous envelope of a celestial bodys' atmospheric degree known as a/the troposphere in a aeronautical vehicle, was inacted, imitated, mocked, cloned, replicated, duplicated, copied, etc. This, as well as failure to comply with terms of agreement of procession use, and maneuver inactment; terms that required payment of use of action, act, ~~process specifics~~ resulted in complete misuse, misapplication, misutilization, and abuse of the specifics of a aeronautical tactic, maneuver, deed, action, ability, etc, and being that the process as well as its' specifics of a copyright reserved, patent law protected, ~~████████████████████~~ process ~~████████~~ are copyright reserved, and patent law protected, therefore the actions stated are the result of, ~~████~~ resulted in, and are defined legally as deceitfull inactment of patent law protect process specifics.

_as a individual_ ) Administator Authoritive Malfeasence - With the definition of. Malfeasence being - specifically "dishonest activity, wrongdoing or misconduct." Each defendant, individually is in, and has an occupational position of being an authoritive superior upon each administration, Now as each defendants' occupational duty requires

not only seeking specific information, but also adherence of the information. Due to supervisorial administrative positions held, there are requirements, duties, ~~responsible~~ responsibilities, to especially the attainment of information, especially regarding details, and specifics. Information specifically regarding to the; authenticity, rightfully proceeded occurances; observable correction oppurtunities, delegations, etc. As the attainment of information alone, comes in multiples avenues, and instances, options, sources, services, State and federal employeed obligatory delegations, therefore the objective of solidifying informative details is not only required but easily ~~can~~ accessible. It is the duty or the occupational position held by each defendent. Request and notification was sent personally by the plaintiff Mr. Desmond Albright. But whether or not the, memorandum was sent, or renewed, no adherence to duty to attain information regarding was made, adibed by, reviewed or sought after. Amenities such as but not limited to, the internet, the state or federal, patent, trademark, or copyright office. was utilized. Nor the request for meet, mediation, consultation, conference, or request for payment, acknowledgement of process owner, or cease and desist dictation sent by Mr. Albright, the plaintiff. Due to each defendants occupational position, and position of administrative specifically leads to, and is defined specifically as Administrator authoritive Malfeusance

) Due Process - The subject is the plaintiff, Mr. Desmond A. Albright intellectual property. upon the misuse of said property, and imposition was created due to ~~use~~ the use of it. Multiple remedies were sought to devise proper application. Mr. Albright then sought meetings to do so. Upon notifying, awareness made, acknowledging, requesting, seeking; an appropriate, as well as procedual Immediate invitation, and request for consultation, feedback, reply, mediation, etc, the then neglect, bypassing, overlooking, the notice of misuse of a, and ~~used~~ unauthorized use of the process, and to stop the illegitmate use of the process, as well as the requirements for use specifically being, enviroment set, adhere fee for usage, all of these things in form of a cease and desist reprimandum. Upon the cease and desist, prior ~~during~~ and after the notification, request for meet, conference, etc, was adamantly pursued. All went ignored, overlooked, bypassed, The act of neglecting, overlooking, bypassing, ignoring all request and demands revoked; Mr. Albright the oppurtunity, afforded amenity, and right to bring forth awareness to defendents and parties involved, which in turn violated, and inappropriately forfeited his constitutional right, and amendment right of; "Respect of a establishment that prohibits the free exercise of speech; to the right of peacefull assembly to the press fical gain.

or to congress to petition the government of a redress of grievances or resolutions. Which is specifically the blocking, stopping, and incoherent defience of the right of due process.

) Loss of wages - Being Mr. Albright, the plaintiff, is an entrepreneur, creator, idealist, and inventor. The monetary means of income are due to the sale, loan, pecurment, fee of use of ideas, or inventions, and products owned. The product IN question specifically is the unauthorized, illegitimate use of a action/process known as "LeavEarth". After multiple attempts to consult, mediate, meet, to secure payment ~~$3000~~ for the fee of useage of the patented process owned by the plaintiff. Mr. Albright, Failed communication responses from defendants, defience of payment required for use, and neglect to adhere the cease and desist reprimandum, resulted and is currently still resulting in, the larceny of fiscal means made off of, from, and due to the use of the patented works, whether percentile or in whole. the neglect, by pass, and obscurement of necessitate monetary payment, on both parties, specifically the mandated Neglet of payment from the defendants, left Mr. Albright at a loss for essential, as well as substantial amount of

_____

_____

8.    Do you request a jury or non-jury trial? (Check only one)

___ Jury Trial ___ Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20 __ __

_____
Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).